**No. 57721.**—E. M. Sergeant Pulp & Chemical Co., Inc. *v.* United States, protest 200461–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57722.**—S. Beilin *v.* United States, protest 207977–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57723.**—Amertrade, Inc. *v.* United States, protest 207997–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57724.**—Bluefries New York, Inc. *v.* United States, protest 208139–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.